UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREEN CLIMATE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:25-cv-1760-CJN |
| BROOKE ROLLINS, in her official capacity as Secretary of Agriculture, | ) |
| Defendant. | ) |

## MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant Brooke Rollins, in her official capacity as Secretary of the U.S. Department of Agriculture, moves to dismiss the Complaint, Dkt. 1, for lack of subject matter jurisdiction and failure to state a claim for which relief may be granted. As set forth in the accompanying Memorandum, the Court should dismiss Plaintiff's claims because Plaintiff lacks standing, its claims are not ripe for judicial review, and Plaintiff has not asserted a cause of action reviewable under the Administrative Procedure Act, 5 U.S.C. §§ 701-706 ("APA").

Respectfully submitted this 8th day of August, 2025.

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*/s/ Reade E. Wilson*
READE E. WILSON
Trial Attorney

Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
202-305-0299 (office)
202-305-0275 (fax)
reade.wilson@usdoj.gov

*Counsel for Defendant*